```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :
            -v-                      :   25-CR-520 (LAP)
                                     :
ANNDERSON ARENAS GONZALEZ,           :   SCHEDULING ORDER
                                     :
                  Defendant.         :
                                     :
------------------------------------ X
```

LORETTA A. PRESKA, Senior United States District Judge:

All matters relating to presentment, arraignment, and, if necessary, appointment of counsel for the Defendant shall proceed before a magistrate judge.

The parties shall appear for an initial conference on Tuesday, December 2, 2025 at 10:00 am in Courtroom 12A, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Dated:   November 19, 2025
         New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge