# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

March 5, 2026

The Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Annderson Arenas Gonzalez*, 25 Cr. 520 (LAP)

Dear Judge Preska,

I write on behalf of the parties in advance of the status conference scheduled for March 11, 2026, at 11:00 a.m. The defense respectfully requests an adjournment of the status conference to April 15, 2026, at 1:00 p.m. Defense counsel requires additional time to review the discovery in this matter, and the parties require additional time to discuss a possible resolution of this matter that would obviate the need for pretrial litigation and trial. The government consents to this request. This is the first request for adjournment in this case.

If the Court grants this request, the parties submit that the Court should exclude the time until the next conference under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), in the interest of justice.

The conference is adjourned to April 15, 2026 at 1:00 PM.

Time is excluded under the Speedy Trial Act accordingly.

**SO ORDERED.**

_____
Loretta A. Preska
United States District Judge

March 10, 2026