**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 14, 2026

**BY EMAIL**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Daniel Suaza Ochoa et al.*, 25 Cr. 520 (LAP)**

Dear Judge Preska:

The Government respectfully requests that Indictment 25 Cr. 520 and Superseding Indictment S2 25 Cr. 520, the arrest warrants accompanying those indictments, and any associated filings and docket entries be unsealed in light of the arrests in Colombia of defendants Daniel Suaza Ochoa and Fabio Alberto Moreno Rendon.

Respectfully submitted,

JAY CLAYTON
United States Attorney

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
7/15/24

By: [signature]
William C. Kinder
Henry L. Ross
Assistant United States Attorneys
Tel: (212) 637-2394 / -2442